JUDGE STANTON

73-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

08 CV 01723

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NARRAGANSETT BULK CARRIERS LTD.,

          Plaintiff,

  -against-                                  **RULE 7.1 STATEMENT**

CINGLER SHIPPING PTE. LTE. a/k/a
CINGLER SHIPPING PTE., SINGAPORE,

          Defendant.
-------------------------------------------------------------x

      The Plaintiff, NARRAGANSETT BULK CARRIERS (US) CORP., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       February 21, 2008

                               FREEHILL HOGAN & MAHAR, LLP
                               Attorneys for Plaintiff
                               NARRAGANSETT BULK CARRIERS LTD.

              By:       _____
                               Peter J. Gutowski (PG 2200)
                               Pamela L. Schultz (PS 8675)
                               80 Pine Street
                               New York, NY 10005
                               Telephone: (212) 425-1900
                               Facsimile: (212) 425-1901

NYDOCS1/299018.1